**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION**

| | | |
|---|---|---|
| **MERL MCDONALD,** | : | |
| | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **Case No. 5:25-cv-00312-CAR** |
| | : | |
| **NICHIHA USA, INC.,** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

## ORDER LIFTING STAY AND REINSTATING DISCOVERY

The Court stayed this case until May 29, 2026, pending the Parties' settlement negotiations [Doc. 10]. In the Joint Status Update, the Parties notified the Court that they did not reach a settlement and request the Court to reinstate the remaining 11 days of the discovery period [Doc. 11]. The Court **GRANTS** the Parties' joint request and **LIFTS** the stay of this case. The Parties must complete discovery by **June 9, 2026**, and file any dispositive and/or *Daubert* motions by **July 9, 2026**.

**SO ORDERED,** this 1st day of June, 2026.

s/ C. Ashley Royal
C. ASHLEY ROYAL, SENIOR JUDGE
UNITED STATES DISTRICT COURT

1